COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EARNEST ARCHIE (J)    CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE /Cera    ATTY: PHILIP HOROWITZ (CJA)
AGENT:    VIOL:
PROCEEDING APPOINTMENT OF COUNSEL    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED
BOND SET @
SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*Deft advised of new counsel appointed. Orig CJA atty had a conflict*

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:    MARCH 6    11:30    SNOW
                          PRELIM/ARRAIGN:  MARCH 6
                          REMOVAL HRG:
                          STATUS CONF:

Date: 3/2/00    Time 11:00    FTL/LSS TAPE #00-    Begin: 2601    End: 2652

30