UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA Plaintiff v. ERNEST ARCHIE JR. Defendant | CASE NO. 00-6047 CR ZLOCH (Seal) REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 3-1-2000  6:00 AM
2. Spoken language: English
3. Offense(s) charged: Import Cocaine w/ intent Distribute
4. U.S. Citizen  [✓] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 1-21-72
6. Type of charging document: (Check One)
   [✓] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____     CASE NO. _____
   DISTRICT: SDFL       (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES  [ ] NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 3-1-2000
9. Leslie Leon
   ARRESTING OFFICER
10. AGENCY: US Customs
11. 954 356-7238
    PHONE NO.

SCANNED

34