UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

vs

EARNEST ARCHIE

ARRAIGNMENT INFORMATION SHEET

*FILED by __ D.C. MAR - 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

    The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: __ON BOND FORM__

                          Telephone:

DEFENSE COUNSEL:   Name: __PHILIP HOROWITZ, ESQ.__

                          Address:

                          Telephone:

BOND SET         $ __400.000 PSB AND 75,000 10%__

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __6TH__ day of __MARCH__, 2000.

                          CLARENCE MADDOX
                          COURT ADMINISTRATOR/CLERK OF COURT

                          By: *Denny Butler*
                             Deputy Clerk

                          Tape No. __00-013__

cc: Copy for Judge
    U. S. Attorney