COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EARNEST ARCHIE (J)              CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE   *pres*          ATTY: PHILIP HOROWITZ
AGENT:                                  VIOL:
PROCEEDING PTD / ARRAIGNMENT            RECOMMENDED BOND PTD
BOND HEARING HELD - yes (no) *stip*     COUNSEL APPOINTED
            BOND SET @ 75,000 10% + 400,000 PSB
                       w/ Nebbia
            SPECIAL CONDITIONS:                              fiancee
1) To be cosigned by: Uncle and aunt, mother, father
2) Rpt to PTS   / x's a (wk)/month by phone; / x's a wk/(month) in person
3) Travel extended to:
4) No firearms

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing discovery order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF: 4-6  11    Snow

Date: 3/6/00    Time 11:30    FTL/LSS TAPE #00- 013    Begin: 1662 End:
                                                        2061 - 2483

49