UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO.: 00-6047-CR-ZLOCH

EARNEST ARCHIE,

                             Magistrate Judge Seltzer

    Defendant.

_____/

**UNOPPOSED**
**MOTION TO SUBSTITUTE SURETIES**

    COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court for the entry of an order allowing the Defendant to substitute relatives that will being executing his personal surety bond and as grounds therefore would state as follows:

    1. That on March 1, 2000 the Defendant was arrested based on an outstanding warrant due to his being named in the indictment in this case which was filed on February 29, 2000.

    2. On March 6, 2000, the Defendant and the Government entered into a stipulation regarding his bond. The parties agreed, among other things, that the Defendant would be released upon posting a $75,000 ten (10%) percent bond (with a <u>Nebbia</u> requirement) and a $400,000 personal surety bond. This bond was ratified by Chief United States Magistrate Judge Lurana S. Snow.

    3. The parties further agreed that the bond would be cosigned by five people including the Defendant's parents and fiancee that signed in court. The remaining two signatories were the Defendant's aunt and uncle, Essie and Azell Archie.

1

4. However, after numerous discussions with the Defendant's relatives they decided that they were unwilling to cosign on the bond. However, the Defendant's fiancee's parents, Rudolph and Audrey Brown expressed a willingness to cosign on the Defendant's bond.

5. Mr. and Mrs. Brown own real estate in Miami-Dade County and copies of the deed to their residence has been provided to the Government.

6. It is therefore respectfully requested that Mr. and Mrs. Brown be permitted to substitute as signatories for the Defendant's aunt and uncle.

7. Late in the evening of March 21, 2000 the undersigned received a message from Assistant United States Attorney Michael Dittoe, who was then in trial with Judge Hurley, that he has no objection to the substitution of sureties as outlined above.

WHEREFORE, the Defendant, EARNEST ARCHIE respectfully requests that this Court enter an order substituting the sureties as outlined above.

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and regular mail this 24th day of March, 2000 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301.

    Respectfully submitted,

    LAW OFFICES OF PHILIP R. HOROWITZ
    Attorney for the Defendant ARCHIE
    Suite #328 - Southpark Centre
    12651 South Dixie Highway
    Miami, Florida 33156
    Tel.: (305) 232-1949
    Fax.: (305) 232-1963

    By: PHILIP R. HOROWITZ, ESQUIRE
    Florida Bar No.: 466557

3