
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   CASE NO.: 00-6047-CR-ZLOCH

EARNEST ARCHIE,

    Defendant.   Magistrate Judge Seltzer

_____/

### STIPULATION FOR NEBBIA BOND REQUIREMENT

IT IS HEREBY STIPULATED between Philip R. Horowitz, Esq. and Michael J. Dittoe, Esquire, Assistant United States Attorney, that the $75,000 ten Percent (10%) bond being posted with the Court for the Defendant EARNEST ARCHIE in the above cause has met and satisfied the <u>Nebbia</u> condition imposed by this Court.

MICHAEL J. DITTOE, ESQUIRE      PHILIP R. HOROWITZ, ESQUIRE
Assistant U.S. Attorney      Attorney for Defendant
500 East Broward Blvd.      Suite #328 - Southpark Centre
Suite #700      12651 South Dixie Highway
Ft. Lauderdale, FL 33301      Miami, Florida 33156
Tel.: (954) 356-7255      Tel.: (305) 232-1949

By: MICHAEL J. DITTOE, ESQ.      By: PHILIP R. HOROWITZ, ESQ.
A5500209      Florida Bar No.: 466557



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and regular mail this 24th day of March, 2000 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for the Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557