UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6047-CR-~~FERGUSON~~ ZlOXH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMES BOOKER, et al.,

       Defendants.



FILED by _____ D.C.
MAR 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## O R D E R

THIS CAUSE is before the Court on defendant **Earnest Archie's** Unopposed Motion to Substitute Sureties (filed March 24, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Rudolph Brown and Audrey Brown are hereby substituted as signatories for Azell Archie and Essie Archie.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of March, 2000.

                                         LURANA S. SNOW
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Michael Dittoe (FTL)
Philip Horowitz, Esq.

