## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: Earnest Archie (J)   CASE NO: 00-6047-CR-ZLOCH
AUSA: Mike Dittoe   ATTY: Phil Horowitz (not present)
AGENT: _____   VIOL: _____
PROCEEDING Bond Hearing - Cont.   RECOMMENDED BOND _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____
   BOND SET @ _____
   SPECIAL CONDITIONS:

*FILED by ___ D.C. MAR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

- 2 Suretys substituted in place of uncle and aunt.
- Nebbia requirement satisfied.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
   PTD/BOND HRG:
   PRELIM/ARRAIGN:
   REMOVAL HRG:
   STATUS CONF:

FTL/LSS
Date: March 27, 2000 Time 11:00 a.m. TAPE #00- 017   Begin: 1740   End: 1800