HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JAMES BOOKER, ETAL__   CASE NO: __00-6047-CR-ZLOCH__

AUSA __MICHAEL DITTOE__   ATTY __FPD — Lopez for Wilson__

    SEAN DIXON: Israel Encinosa, Esq.

    EARNEST ARCHIE: Philip Horowitz, Esq.  *pres*

    JOHN GOETZ: Ruben Garcia, Esq.  *pres*

    DONNELL BOKS: Harold Keefe, Esq.

[FILED by __ D.C. APR -6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

00-020
@ 1751

*Trial set April 25 — motions due 4-20*

DEFT _____   CASE NO: _____

AUSA _____   ATTY _____


DEFT __JULIO CASTRO GARCIA__   CASE NO: __00-6060-CR-FERGUSON__

AUSA __DAVID CORA / Kay__   ATTY __MARTIN BIDWILL, AFPD / Lopez__

*Disc out — m/continue pending to be a trial*

@ 1947

DEFT __FITZROY MANDERSON__   CASE NO: __00-6065-CR-DIMITROULEAS__

AUSA __TERRY THOMPSON / Kay__   ATTY __FPD / Lopez for Bidwill__

*Disc out — no pending motions 4-31 set for trial*

@ 1984

DATE __4/6/00__   TIME __11:00__