DEFT: James Booker et al (no defts)   CASE NO: 00-6047-CR-Zloch
AUSA: Mike Ditto *present*   ATTNY: ~~FPD~~ Gary Rosenberg, Joel Robrish, Isreal Encinosa, Harold Keefe, Phil Horowitz,
AGENT:   VIOL: Ruben Garcia, Scott Sakin

PROCEEDING: Motion for protective order to defer compliance re SDO
BOND REC:
BOND HEARING HELD - yes/no
COUNSEL APPOINTED:

FILED by ___ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

Attys present
— Atty Gary Rosenberg enters perm. notice of appearance - replacing FPD
— Harold Keefe
— Scott Sakin/stood in for Robrish
— Phil Horowitz
— Reuben Garcia
(Robrish + Encinosa not present)

Motion is Denied/Ct.
to stay order pending
appeal to District
Ct. Judge
Re: expert witness info + 404B motion granted

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 4-10-00   TIME: 11:00am   TAPE # 00-023   PG # 8
1151-2660

97