4-24-00
Ft. Laud

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
JAMES BOOKER, ET AL., )
)
Defendants. )
_____ )

## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendants were arraigned on the indictment on March 6, 2000. Therefore, the speedy trial clock was triggered on that date.

3. On March 20, 2000, the United States filed a motion for protective order to defer discovery. This motion was denied by Magistrate Judge Seltzer, and the United States filed an appeal for review of this decision by the district judge. This motion remains pending before the

Court. On April 3, 2000 the defendant Booker filed a motion to compel immediate discovery. This motion relates to the same issues covered by the Government's motion to defer discovery an remains pending before the court. The United States submits that the date from the filing of the motion through the date of the disposition of said motion are excludable pursuant to Title 18, United States Code, Section 3161(h)(1).

4. On April 6, 2000 the defendant Knight filed a motion to continue the trial and defendant Booker filed a motion to continue on April 12, 2000. These motions have not been resolved. The United States submits that the date from the filing of the motion through the date of the disposition of said motion are excludable pursuant to Title 18, United States Code, Section 3161(h)(1).

5. Based upon the foregoing, the United States submits that the speedy trial clock is presently tolled with 14 days of non-excludable time having elapsed, and 56 days remaining.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
Court No. 941754DGJD
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3586
Facsimile: (954) 356-7230

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 24TH day of April, 2000 to:

Gary Rosenberg, Esq.
Adorono and Zedar, P.A.
2601 S. Bayshore Drive
Suite 1600
Miami, Fl 33133

Scott Sakin, Esq.
1411 N.W. N. River Drive
Miami, FL 33125

Philip Horowitz
12651 S. Dixie Hwy, Ste 328
Miami, Fl. 33156

Joel D. Robrish, Esq.
One Datran Center
Suite 400
9100 S. Dadeland Blvd.
Miami, Fl.

Harold Keefe, Esq.
19220 Oakmnont Drive
Hialeah, Fl 33015

Ruben Garcia
1209 S.E. 3rd Ave.
Ft. Lauderdale, Fl 33316.

_____
MICHAEL DITTOE
ASSISTANT UNITED STATES ATTORNEY