UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by D.C.
APR 24 2000

CASE NUMBER: 00-6047-Cr-Zloch   DATE: 4-24-00
CLERK: Carltrue Newkey   REPORTER: Carl Schanzleh
PROBATION:   INTERPRETER:

UNITED STATES OF AMERICA v. James Booker, et al

U.S. ATTORNEY: Michael Dittoe   DEFT COUNSEL: Rosenberg; Robbish; Sakin; Keefe; Horowitz

DEFENDANT: PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING: Calendar Call

RESULT OF HEARING: Defts Knight & Booker mtns to continue granted - all time excludable until trial actually commences -

JUDGMENT:

CASE CONTINUED TO:   TIME:   FOR:

MISC: 2 weeks

108