UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CASE NO.: 00-6047-CR-ZLOCH

EARNEST ARCHIE,

                             Magistrate Judge Seltzer

    Defendant.

_____/

### DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court for the entry of an order temporarily modifying his bond reporting conditions so as to allow him to travel with his family on a weekend vacation and as grounds therefore would state as follows:

1. That on or about March 1, 2000 the defendant along with numerous other individuals were arrested on the indictment in the instant case.

2. That on March 6, 2000 the parties entered into a stipulated bond, which was accepted by United States Magistrate Judge Lurana S. Snow, for a $75,000 10% bond and a $400,000 personal surety bond. The Defendant was able to post bond and be released on March 25, 2000.

3. One of the conditions of the Defendant's bond that was imposed by Magistrate Judge Snow was that the Defendant's travel be restricted to the Southern District of Florida.

4. The Defendant along with his family are desirous to travel next weekend to Tallahassee, Florida in that the Defendant's seven year old daughter is competing in the AAU Qualifying Track Meet



which is being held at the track at Florida State University. The Defendant is requesting permission to travel to Tallahassee from Friday, June 23 returning on Monday, June 26, 2000.

5.   The Defendant will be staying at a local Ramada Inn and will provide the address and phone number to his Pretrial Services Officer.

6.   Since the Defendant's release nearly three months ago, he has not violated any of this Court's bond conditions. In fact, this is his first requested travel permission.

7.   Pursuant to Local Rule 88.9 on June 14, 2000 the undersigned attempted to speak with Assistant United States Attorney Michael Dittoe. However, Mr. Dittoe is out of the office until June 19. On June 14, 2000 spoke with U.S. Pretrial Officer Ella Evans and she advises that the Defendant has been in compliance with his bond conditions and she has no objection to the travel permission being granted.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order modifying his bond on a temporary basis and granting him permission to travel as outlined above.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of June, 2000 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MS. ELLA EVANS, United States Pretrial Services Officer, 330 Biscayne Boulevard, Room 500, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for the Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

3