UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                  CASE NO.: 00-6047-CR-ZLOCH

EARNEST ARCHIE,

                  Magistrate Judge Seltzer

     Defendant.

_____/

**ORDER ON**
**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL**

    THIS CAUSE came on before the Court upon Defendant EARNEST

ARCHIE's Motion for permission to travel as outlined in his motion

bearing certificate of service date of June 14, 2000 and the Court

having reviewed the issues at hand and being otherwise fully

advised in the premises, it is hereby

    ORDERED AND ADJUDGED as follows: _GRANTED. The defendant_

_____ be permitted to travel to Tallahassee from_

_June 22 to July 9, 2000_ _____

_____

_____

_____

    DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this

_____ day of _____, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
    U.S. Pretrial Services

/125