UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

AUG - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                           CASE NO.: 00-6047-CR-ZLOCH

EARNEST ARCHIE,
                              Magistrate Judge Seltzer
  Defendant.
_____/

## **DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL**

COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court for the entry of an order temporarily modifying his bond reporting conditions so as to allow him to travel with his family on a weekend vacation and as grounds therefore would state as follows:

1. That on or about March 1, 2000 the defendant along with numerous other individuals was arrested on the indictment in the instant case.

2. That on March 6, 2000, the parties entered into a stipulated bond, which was accepted by United States Magistrate Judge Lurana S. Snow, for a $75,000 10% bond and a $400,000 personal surety bond. The Defendant was able to post bond and be released on March 25, 2000.

3. One of the conditions of the Defendant's bond that was imposed by Magistrate Judge Snow was that the Defendant's travel is restricted to the Southern District of Florida.

1



4. The Defendant along with his family wants to travel this weekend to Orlando, Florida as the Defendant's seven year-old daughter has reached the AAU finals. Travel permission is being sought from August 3, 2000 through and including Sunday, August 6, 2000.

5. This Court may recall that in June 2000 travel permission was granted for the Defendant to Tallahassee, Florida when the Defendant's seven year old daughter competed in the AAU Qualifying Track Meet which was held at the track at Florida State University.

6. The Defendant will be staying at a local hotel in Orlando and will contact his Pretrial Services Officer with the address and telephone number.

7. Since the Defendant's release more than four months ago, he has not violated any of this Court's bond conditions.

8. Pursuant to Local Rule 88.9 on July 31, 2000 the undersigned spoke with Assistant United States Attorney Michael Dittoe and Mr. Dittoe has no objection to the granting of this motion. Also on July 31, 2000 the undersigned spoke with U.S. Pretrial Officer Ella Evans and she advises that the Defendant has been in compliance with his bond conditions and she has no objection to the travel permission being granted.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order modifying his bond on a temporary basis and granting him permission to travel as outlined above.

2

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of July, 2000 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MS. ELLA EVANS, United States Pretrial Services Officer, 330 Biscayne Boulevard, Room 500, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for the Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

3