UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CASE NO.: 00-6047-CR-ZLOCH

EARNEST ARCHIE,

    Defendant.                      Magistrate Judge Seltzer

_____/

## ORDER ON
## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant EARNEST ARCHIE's

Motion for permission to travel as outlined in his motion bearing certificate of service

date of July 31, 2000 and the Court having reviewed the issues at hand and being

otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _MOTION  IS  GRANTED_

_DEFENDANT  MAY  TRAVEL  TO  ORLANDO  FROM  AUG. 3-_

_AUG. 6, 2000_

_____

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this 2nd day

of _AUG._, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
    U.S. Pretrial Services

1