UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

vs.                        ORDER OF REASSIGNMENT

JAMES BOOKER, JARROD KNIGHT,
SEAN DIXON, DONELL BOKS, ARCHIE
EARNEST, and JOHN GOETZ

    Defendants

AUG 7 2000

---

The above-styled case has been selected by the Clerk of Court utilizing a blind random selection procedure established by the court to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

ORDERED and ADJUDGED that the above-styled cause is hereby REASSIGNED to the calendar of the Honorable PAUL C. HUCK as of August 7, 2000 for all further proceedings. It is further

ORDERED and ADJUDGED that all pleadings hereafter filed shall bear the assigned case number followed by the surname HUCK in lieu of the present name, thereby indicating the judge to whom the case is assigned.

DONE and ORDERED in Chambers a t Ft. Lauderdale, Broward County, Florida, this 7th day of August, 2000.

*/s/ William J. Zloch*

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Paul C. Huck

Michael Dittoe, Esq., AUSA
Terrence Thompson, Esq., AUSA
Gary Rosenberg, Esq.
Joel Robrish, Esq.
Scott Sakin, Esq.
Harold Keefe, Esq.
Philip Horowitz, Esq.
Ruben Garcia, Esq.