UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO.: 00-6047-CR-HUCK

EARNEST ARCHIE,
                               Magistrate Judge Seltzer

    Defendant.
_____/

## MOTION TO CONTINUE TRIAL AND/OR NOTICE OF CONFLICT

COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court to enter an order continuing the current trial date and/or notifying this Court of a scheduling conflict and in support thereof would state as follows:

1. The on April 24, 2000, the Court, per Chief United States District Judge William J. Zloch conducted the call of the calendar for the above case. Based on motions for continuance that had been filed, the Court via separate order reset the trial of this matter for the two week trial period commencing September 26, 2000 in Ft. Lauderdale.

2. Prior to the entry of the aforementioned order, defense counsel was specially set for <u>United States vs. Gerardo Hernandez, et al.</u>, Case No.: 98-721-CR-LENARD(s)(s) which has been is scheduled to commence with jury selection on Tuesday, September 5, 2000 in Miami. The <u>Hernandez</u> case is an espionage case that has been pending for exactly two years and is proceeding under the provision of the Classified Information Procedures Act ("CIPA"). Hearings and disclosures have been made pursuant to §5 and §6



of CIPA and it appears that the aforementioned trial date is set in stone.

On June 26, 2000 Judge Lenard affirmed the trial date by severing one defendant from the trial due to health problems of his counsel thereby denying a further defense motion to continue. In her order, Judge Lenard confirmed that the remaining four defendants will be proceeding as scheduled on September 5.

On July 26, 2000 the Court per Judge Lenard, denied a further government motion to reconsolidate the case and move the trial date to later in this year. Therefore, it appears a certainty that the <u>Hernandez</u> case will conflict with the currently set trial date of September 11.

The <u>Hernandez</u> case is expected to take the parties between 2 and 1/2 - 4 months to try.

3. On August 8, 2000, while this motion was being prepared, the Defendant was notified of the reassignment of this case. However, the reassignment is silent as to whether the aforementioned trial date remains in full force and effect or whether this Court will issue a new trial order. Therefore, in the abundance of caution, this Court is being notified as soon as possible of the aforementioned scheduling problem.

4. During the ongoing proceedings in the <u>Hernandez</u> case, the undersigned counsel has kept the Government posted and has spoken, per Local Rule 88.9 to Assistant United States Attorney Michael Dittoe regarding the necessity of this motion and the Government takes no position on it.

2

WHEREFORE the Defendant respectfully requests that the Court enter an Order continuing the currently set trial date, or in the alternative, take notice of the aforementioned trial conflict and issue a trial date <u>after</u> the completion of the <u>Hernandez</u> case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of August, 2000 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for the Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

3