UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                         CASE NO.: 00-6047-CR-HUCK

EARNEST ARCHIE,

                                Magistrate Judge Brown

    Defendant.

_____/

## MOTION TO CONTINUE TRIAL AND/OR NOTICE OF CONFLICT

COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court to enter an order continuing the current trial date and/or notifying this Court of a scheduling conflict and in support thereof would state as follows:

1. The on April 24, 2000, the Court, per Chief United States District Judge William J. Zloch, reset the trial of this matter for the trial period commencing September 26, 2000 in Ft. Lauderdale.

2. Prior to the entry of the aforementioned order, defense counsel was specially set for in <u>United States vs. Gerardo Hernandez, et al.</u>, Case No.: 98-721-CR-LENARD(s)(s) which was originally specially set and scheduled to commence with jury selection on Tuesday, September 5, 2000 in Miami. The <u>Hernandez</u> case is an espionage case that has been pending for exactly two years and is proceeding under the provisions of the Classified Information Procedures Act ("CIPA"). Hearings and

1

disclosures have been made pursuant to §5 and §6 of CIPA and it appears that the aforementioned trial date is set in stone.

On June 26, 2000, Judge Lenard affirmed the trial date by severing one defendant from the trial due to health problems of his counsel thereby denying a further defense motion to continue. In her order, Judge Lenard confirmed that the remaining four defendants will be proceeding as scheduled on September 5.

On July 26, 2000, the Court per Judge Lenard, denied a further government motions to reconsolidate the case and move the trial date to later in 2000. Therefore, it appears a certainty that the <u>Hernandez</u> case will conflict with the currently set trial date of September 11.

Once again, trial in the <u>Hernandez</u> case is expected to take the parties between 2 and ½ - 4 months.

3. On August 8, 2000, while this motion was being prepared, the Defendant was notified of the reassignment of this case. Counsel for the Defendant immediately notified this Court of the aforementioned conflict and the trial was continued until the trial period commencing October 23, 2000 in Miami.

4. After the motion to continue was filed and granted, Judge Lenard entered an order on the eve of trial in the <u>Hernandez</u> case (approximately August 25, 2000) which reconstituted the case, granted eight separate Rule 15 deposition motions to be taken in Havana, Cuba, and specially reset the trial in that case for the November 6, 2000 trial period.

5. Hoping to avoid a repeat of the <u>Hernandez</u> trial being continued on the eve

2

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

of trial, defense counsel has waited until the 11th hour to file this motion to be as sure as possible that the trial before Judge Lenard will commence as scheduled.

6. During the week of October 2, 2000 all five defense counsel, three prosecutors and various court personnel did travel to Havana, Cuba for the week and the depositions have been accomplished pursuant to Court order. Therefore, there appears to be no impediment to starting the Hernandez trial as scheduled on November 6.

7. Counsel for the Defendant is mindful that more than one of the codefendants in this case has been incarcerated since their respective arrests. This Defendant, however, has been on bond since late March 2000. In light of the estimated length of the Hernandez case, this defendant would have no objection to being severed from his codefendants.

8. On October 11, 2000, the undersigned spoke with Assistant United States Attorney Michael Dittoe regarding the need for the continuance and the possibility of a severance as required by Local Rule 88.9. It is the position of the government that they are opposed to any severance in this case and understand the need for a possible continuance should this defendant's case be unable to be resolved.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order either continuing the trial in this case or severing the Defendant from the upcoming trial.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of October 2000 to: MICHAEL DITTOE, ESQUIRE, Assistant United

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

          Respectfully submitted,

          LAW OFFICES OF PHILIP R. HOROWITZ
          Attorney for Defendant ARCHIE
          Suite #328 - Southpark Centre
          12651 South Dixie Highway
          Miami, Florida 33156
          Tel.: (305) 232-1949
          Fax. : (305) 232-1963

          By: PHILIP R. HOROWITZ, ESQUIRE
          Florida Bar No.: 466857