**CRIMINAL MINUTES**

FILED by _____ D.C.

OCT 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

HONORABLE _Paul C Huck_

========================================================

CASE NO. _00-6047-CR_        DATE _10/18/2000_

CLERK    _Valerie Thompkins_        REPORTER _Larry Herr_

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA vs. _James Booker, Jarrad Knight,_
_Sean Dixon, Donnell Boks, Earnest Archie,_

AUSA _Michael Dittoe_        DEFENSE CSL. _Philip Horowitz_
_Gary Rosenberg, scott Sirkin, Joel Robrish_

Defendant(s) Present _____ Not Present __ In Custody _____

TYPE OF HEARING _Calendar Call_

RESULT OF HEARING _Defense motion to Continue_
_Trial filed on 10/12/00 is hereby_
_granted. All Counsel Join in_
_Oral Terms to a Continuance for_
_these defendant(s) granted._

========================================================

**NEW DATES SET BY COURT**

Defense P/T/Motions    _____    Trial Date _____

Govt. Resp to P/T/Motions _____    Further S/C _____

Change of Plea    _____

[ ] The Court finds that the time between now and the time of
trial, to wit: _____ thru _____ to be excludable
pursuant to the Speedy Trial Act.