FILED by _____ D.C.
OCT 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 00-6047-CR-HUCK

       Plaintiff,

vs.                            NOTICE OF HEARING

JAMES BOOKER,
JARROD KNIGHT,
SEAN DIXON,
DONNELL BOKS,
EARNEST ARCHIE,
       Defendant.
_____/

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a status conference hearing on Friday, November 03, 2000, at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: October 30, 2000

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins
    Deputy Clerk

cc: all counsel of record
    U.S. Marshals Service
    Pre-Trial Services

OCT - 1 2000
Rec'd in Mis. Dkt _____