UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

　　Plaintiff,

vs.                                                    CASE NO.: 00-6047-CR-HUCK

EARNEST ARCHIE,
　　　　　　　　　　　　　　　　　Magistrate Judge Brown
　　Defendant.
_____/

### DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS

COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court for the entry of an order modifying his conditions of bond to allow him to change his residence address and as grounds therefor would state as follows:

1. That on or about March 1, 2000 the defendant along with numerous other individuals was arrested on the indictment in the instant case.

2. That on March 6, 2000, the parties entered into a stipulated bond, which was accepted by United States Magistrate Judge Lurana S. Snow, for a $75,000 10% bond and a $400,000 personal surety bond. The Defendant was able to post bond and be released on March 25, 2000.

3. That one of the conditions of the Defendant's bond is to reside at his then residence located at 18140 N.W. 68th Avenue, Apt. C-208 in Miami.

4. The Defendant is desirous of moving to 1226 N.E. 149th Street in Miami but

1

cannot do so without further order of this Court.

8. That the undersigned counsel has been in trial since November 8, 2000 in back to back cases and remains in trial in Miami, Florida in <u>United States vs. Gerardo Hernandez, et al.</u>, Case No.: 98-721-CR-LENARD also known as the "Cuban Spy Case." As a result, the undersigned has been unable to contact Assistant United States Attorney Michael Dittoe for his view on this motion. However, on December 7, 2000 the undersigned did speak with Mr. James Navarro of United States Pretrial Services who stated that on behalf of the Defendant's supervising officer (Ms. Ella Evans) that his office had no objection to the granting of this motion.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order permitting the aforementioned address change.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of December 2000 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MS. ELLA EVANS, United States Pretrial Services Officer, 330 Biscayne Boulevard, Room 500, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for the Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

3