UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO.: 00-6047-CR-HUCK

EARNEST ARCHIE,

    Defendant.
_____/

### ORDER ON
### DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS

THIS CAUSE came on before the Court upon Defendant EARNEST ARCHIE's Motion for Modification of Bond Conditions as outlined in his motion bearing certificate of service date of December 7, 2000 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The defendant is permitted to move his residence to 1226 NE 149th Street, Miami, Florida. If the telephone number will change, the defendant shall provide the new number to his Pretrial Services officer.

All other conditions of bond remain in full force and effect.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 14 day of December, 2000.

                                          LURANA S. SNOW
cc: AUSA Michael Dittoe (FTL)    UNITED STATES MAGISTRATE JUDGE
    U.S. Pretrial Services
    Philip Horowitz, Esq.

