CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



HONORABLE
PAUL C. HUCK

==================================================================

CASE NO. 00-6047-CR                DATE 2-16-2001

CLERK    Valerie Thompkins         REPORTER LARRY HERR

USPO                               INTERPRETER

     UNITED STATES OF AMERICA   vs. James Booker, Jarrod Knight,

Donnell Boks, Earnest Archie,

AUSA Michael Dittoe               DEFENSE CSL. Philip Horowitz,

Gary Rosenberg, Gennaro Cariglio, Harold Keefe,

Defendant(s) Present____ Not Present XX  In Custody_____

TYPE OF HEARING SPECIAL STATUS CONFERENCE

RESULT OF HEARING STATUS HEARING HELD.

==================================================================

NEW DATES SET BY COURT

Defense P/T/Motions    _____    Trial Date _____

Govt. Resp to P/T/Motions_____  Further S/C _____

Change of Plea  _____