CRIMINAL MINUTES
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE _Paul C. Huck_

FILED by _V_ D.C.
MAR 07 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. _00-6047-Cr_   DATE _3-7-01_

CLERK _Valerie Thompkins_   REPORTER _Larry Herr_

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. _James Booker, Jarred Knight, Donnell Boks, Earnest Archie_

AUSA _Michael Dittoe_   DEFENSE CSL. _Philip Horowitz, Larry Rosenberg, Gennaro Cariglio_

Defendant(s) Present____ Not Present _XX_ In Custody____

TYPE OF HEARING _Calendar Call_

RESULT OF HEARING _Court Sua Sponte Reset Jury Trial to the two-week trial Calendar. Calendar Call 3-21-2001 @ 8:30  Jury Trial 3-26-2001 @ 9_

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: _3-7-01_ thru _3-26-01_ to be excludable pursuant to the Speedy Trial Act.

170/13