UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                          CASE NO.: 00-6047-CR-HUCK

EARNEST ARCHIE,

                                Magistrate Judge Brown

    Defendant.
_____/

## MOTION TO CONTINUE TRIAL AND/OR NOTICE OF CONFLICT

COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court to enter an order continuing the current trial date and/or notifying this Court of a scheduling conflict and in support thereof would state as follows:

1. That on March 8, 2001, this Court entered an order continuing the trial of this matter to the trial period commencing March 26, 2001 in Miami.

2. As this Court and the parties are surely aware, the undersigned did commence a specially set trial in United States vs. Gerardo Hernandez, et al., Case No.: 98-721-CR-LENARD in Miami November 27, 2000. This case, also known as the alleged "Cuban Spy" case, had been pending for more than two years and involves monstrous amounts of classified material.

3. During jury selection, the prospective members of the jury were informed that the case would last until mid to late February 2001. However, as mid-January, 2001 rolled around, it appeared that the estimates of the trial date were way off. At the time

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

the jury was informed that the trial would take until mid to late March 2001 to complete.

4. On March 2, 2001, the government rested it case-in-chief. As it is now exactly mid-March, the jury, on March 16, 2001 were informed that the latest trial estimate for the competition of the evidence in the "Cuban Spy" trial is now late April 2001. This exceeds the government's prior trial length estimate by more than two months.

5. Since last year, this Court and the parties have been specifically informed of the status of this "Cuban Spy" case and the latest developments are not encouraging to try this case prior to May 2001.

6. Trial in this case is expected to last approximately of ten (10) trial days and it is respectfully requested that this case be continued until after the conclusion of Judge Lenard's case.

7. That this motion is being made in good faith and not merely for purposes of delay. Since the last trial setting, defense counsel has kept both the Government and the Defendants apprized of the scheduling problems with the "Cuban Spy" case and the necessity of this motion.

8. As a reminder, should this motion be granted, for scheduling purposes, the undersigned is specially set for trial for 6-8 weeks in United States vs. Ellis, et al. commencing July 9, 2001 in Miami before this Court.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order either continuing the trial in this case.

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of March 2001 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557