UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(S)

FILED by \_\_\_\_ D.C.
MAG. SEC.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

vs.

ERNEST ARCHIE

        Defendant.
_____/

ARRAIGNMENT INFORMATION SHEET

Jail No : _____

Language: ___ENGLISH_____

The above-named Defendant appeared before **Magistrate Judge** _____, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address:_____

                          _____

                          Tel. No:_____

Defense Counsel:   Name   :___PHIL HOROWITZ_____

                          Address:_____

                          _____

                          Tel. No:_____

Bond Set/Continued:     $_____

Dated this ___25TH___ day of _____MAY_____, 2001.

CLARENCE MADDOX, CLERK

BY___PATRICIA MITCHELL_____
        Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 01G-33-1153
DIGITAL START NO._____

