# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
MAY 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### HONORABLE
### PAUL C. HUCK

===================================================================

CASE NO. 00-6047-CR              DATE 05-30-01

CLERK   Valerie Thompkins        REPORTER KIM MESFUN

USPO    _____         INTERPRETER _____

   UNITED STATES OF AMERICA   vs. JAMES BOOKER, ET AL


AUSA MICHAEL DITTOE              DEFENSE CSL. PHILIP HOROWITZ

GARY ROSENBERG, GERRY CARIGLIO, HAROLD KEEFE

Defendant(s) Present____ Not Present XX  In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING COURT SET A HEARING ON ALL PENDING MOTIONS FOR
JUNE 01, 2001 @ 2:30 P.M. AND ALL SIDE'S ANNOUNCE READY FOR TRIAL
AND COURT SET THE JURY TRIAL TO START ON TUESDAY JUNE 5, 2001 @
9:00 A.M.

===================================================================

### NEW DATES SET BY COURT

Defense P/T/Motions  _____    Trial Date _____

Govt. Resp to P/T/Motions ____   Further S/C _____

Change of Plea _____

