

FILED by _VF_ D.C.

JUN 0 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

DAY#

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK

COURTROOM MINUTES

HONORABLE PAUL C. HUCK , Presiding    Date 06 / 05/ 01

Cont'd from ___ / ___ /

Defendant 1. JAMES BOOKER          5._____

2. JARROD KNIGHT          6._____

3. DONNELL BOKS           7._____

4. EARNEST ARCHIE         8._____

Defense Counsel Philip Horowitz    AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Brynn Dockstader

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__ Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

_____
TRIAL:   JURY xx   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/ __/

VOIR DIRE BEGINS xx  JURY SELECTION CONTD.__ JURY IMPANELED xx

JURY TRIAL BEGINS xx  JURY TRIAL HELD___ CONTINUED TO 06 /06 /0·

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____