```
                                            FILED by ___ D.C.
                                            JUN 0 8 2001
        UNITED STATES DISTRICT COURT        CLARENCE MADDOX
        SOUTHERN DISTRICT OF FLORIDA        CLERK U.S. DIST. CT.
                                              S. D. OF FLA.
```

CASE # 00-6047-CR-HUCK

COURTROOM MINUTES       DAY #4

HONORABLE PAUL C. HUCK , Presiding   Date 06 / 08/ 01

Cont'd from   06 / 07/01

Defendant 1. JAMES BOOKER          5. _____
          2. JARROD KNIGHT         6. _____
          3. DONNELL BOKS          7. _____
          4. EARNEST ARCHIE        8. _____

Defense Counsel Philip Horowitz     AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

_____

TRIAL:   JURY xx    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD xx CONTINUED TO 06 /11 /01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

196