UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.  00-6047-CR-HUCK



FILED by _____ D.C.

JUN 1 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

       Defendant.

_____/

QUESTION/NOTE FROM THE
JURY  TO THE COURT

Request

Transcripts

Tapes — tape recorder

_____ 6/14/01

PLEASE SIGN AND DATE