UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

We are still deliberating what time do we return tomorrow?

We're requesting permission to leave for the day.

PLEASE SIGN AND DATE  6/14/01

*FILED by ___ D.C.*
*JUN 1 4 2001*
*CLARENCE MADDOX*
*CLERK U.S. DIST.*
*S.D. OF FLA.*