

FILED by _____ D.C.
JUN 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK

COURTROOM MINUTES     DAY #8

HONORABLE PAUL C. HUCK, Presiding     Date 06 / 14 / 01

Cont'd from     06 / 13 / 01

Defendant
1. JAMES BOOKER          5. _____
2. JARROD KNIGHT         6. _____
3. DONNELL BOKS          7. _____
4. EARNEST ARCHIE        8. _____

Defense Counsel Philip Horowitz     AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins     Reporter [signature]

Calendar Call Held __  Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order  Grant __  Deny __  Adv. __

TRIAL:  JURY xx   BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS ____ JURY TRIAL HELD XX CONTINUED TO 06/15/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____