UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

        Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Judge. Once we have reached a verdict on certain defendants (unanimous) Is it permissible to go back and change the verdict. Or are we bound to the original verdict. (While we are still deliberating)

[signature] 6/15/2001

PLEASE SIGN AND DATE

Your verdicts are not final until you have completed your deliberations and your verdicts are announced in open court. Therefore, you may continue your deliberations

