

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES          DAY #10

HONORABLE PAUL C. HUCK, Presiding    Date 06/18/01

Cont'd from    06/15/01

Defendant  1. JAMES BOOKER          5. _____
           2. JARROD KNIGHT         6. _____
           3. DONNELL BOKS          7. _____
           4. EARNEST ARCHIE        8. _____

Defense Counsel Philip Horowitz    AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Larry Herr

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order  Grant __   Deny __   Adv. __

TRIAL:    JURY xx    BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ____   JURY TRIAL HELD xx CONTINUED TO 06/19/01

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____   TRIAL ENDS ____

DISMISSED COUNTS _____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE \_\_\_

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR \_\_\_/\_\_\_/\_\_\_ AT _____     NOTICE SERVED \_\_

JURORS

1._____   5._____   9._____

2._____   6._____  10._____

3._____   7._____  11._____

4._____   8._____  12._____

Alternate #1._____   Alternate #2._____

Alternate #3._____   Alternate #4._____

**MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK**

Court Declares a Mistrial As to Defendant James Booker on All Counts

Court Declares a Mistrial As to Defendant Jarrod Knight as to "Counts I, II "ONLY"

Court Declares a Mistrial As to Defendant Donnell Batts as to "Counts I, II" "ONLY"

Court Declares a Mistrial As to Defendant Earnest Archie as to "Counts I, II" "ONLY"

Jury Found Defendant "JArrod Knight" not Guilty as to Counts 3,4,5 Judgement of Acquittal entered

Jury Found Defendant "Ernest Hicks" not Guilty as to Counts 13,14 Judgement of Acquittal entered.

Jury Found Defendant "Donnell Boks" not Guilty as to Counts 13,14 Judgement of Acquittal entered.