UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-Cr-HUCK(S)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERNEST ARCHIE,

Defendant.

_____/



FILED by _____ D.C.

JUN 1 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## VERDICT

We the jury in the above entitled case unanimously return the following verdicts as to ERNEST ARCHIE:

### COUNT 1

_____GUILTY                    _____NOT GUILTY

If you find the defendant ERNEST ARCHIE not guilty you should go on to the next count. If you find the defendant ERNEST ARCHIE guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant ERNEST ARCHIE guilty of the crime charged in Count 1 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Ernest Archie's offense involve 1000

1

kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO

    b.  Did the defendant Ernest Archie's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO


## COUNT 2


_____ GUILTY                    _____ NOT GUILTY


    If you find the defendant ERNEST ARCHIE not guilty you should go on to the next count.  If you find the defendant ERNEST ARCHIE guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

    We the jury having found the defendant ERNEST ARCHIE guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

    a.  Did the defendant Ernest Archie's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO

    b.  Did the defendant Ernest Archie's offense involve 100 kilograms or more of a mixture or substance containing a

detectable amount of marijuana.

_____ YES                    _____ NO


**COUNT 13**


_____GUILTY              _____NOT GUILTY


     If you find the defendant ERNEST ARCHIE not guilty you
should go on to the next defendant.  If you find the defendant
ERNEST ARCHIE guilty of the crime charged, then you should make
the following special findings beyond a reasonable doubt.

     We the jury having found the defendant ERNEST ARCHIE guilty
of the crime charged in Count 13 of the indictment make the
following special findings beyond a reasonable doubt:

     a.  Did the defendant Ernest Archie's offense involve 1000
kilograms or more of a mixture or substance containing a
detectable amount of marijuana.

_____ YES                    _____ NO

     b.  Did the defendant Ernest Archie's offense involve 100
kilograms or more of a mixture or substance containing a
detectable amount of marijuana.

_____ YES                    _____ NO


3

## COUNT 14

_____ GUILTY              ____✓__NOT GUILTY

If you find the defendant ERNEST ARCHIE not guilty you should go sign and date the verdict form if complete. If you find the defendant ERNEST ARCHIE guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant ERNEST ARCHIE guilty of the crime charged in Count 14 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Ernest Archie's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES              _____ NO

b. Did the defendant Ernest Archie's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES              _____ NO

4

I hereby certify that the above verdicts were unanimously agreed on by all the members of the jury.

DATE: 6/18/01

FOREPERSON