```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
         CASE NO.  00-6047-CR-HUCK-BROWN
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERNEST ARCHIE,

        Defendant.
_____/

FILED by ___ D.C.
JUN 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 13,14, Judgment of Acquittal is entered herein as to the Defendant, Ernest Archie, on Counts 13,14, of the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, **as to the count(s) hereinabove specified only, otherwise the bond shall remain in full force and effect.**

DONE AND ORDERED at Miami, Florida, this 20 day of June 2001

                              PAUL C. HUCK
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA

cc: Michael Dittoe, AUSA
    Philip Horowitz, Esq.
    U. S. Marshal Service
    U. S. Probation Office
    U. S. Pretrial Services

