| CJA 24 (REV. 7/95) | **AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT** | VOUCHER NO. FLST20012053 |
|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MILE 6/12/01 |
| 3. DISTRICT DOCKETING NO. 00-6047-CR-HUCK | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD. Florida | ACCTG. CLASS. NOS. returned 6/15/01 |
| 6. IN THE CASE OF | USA vs. Booker, et al. | | DATE PAID |
| 7. PERSON REPRESENTED Earnest Archie | | 8. LOCATION/ORGANIZATION CODE FLSM1 | |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Trial Preperation

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
Prior trial testimony of Ron Welch & Willie Jackson in US v. Lark.

FILED by M D.C.
CT. REP.
JUN 20 2001
CLARENCE MADDOX

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY    DATE 6/11/01
Philip R Horowitz     PHONE 305 232 1949
PRINTED NAME OF ATTORNEY
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER
DATE 6/12/01

| 13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion ___ % of transcript with ___ | | 14. A. |
| B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | | 14. B. |
| C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D. |

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

16. FULL NAME OF PAYEE: Larry Herr

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 0F0-36-8912

18. PAYEE'S ADDRESS: 99 NE 4th St., Rm 1170, Miami, FL 33132

19. TELEPHONE NO. AREA CODE (305) NUMBER 523-1524

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | 251 | $2.00 | $ | $ | $502.00 |
| B. Copy | | 638 | $.50 | $ | $ | $319.00 |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION    DATE 6-12-01

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

Myrna McKinney    6/12/01
SIGNATURE OF ATTORNEY/CLERK OF COURT    DATE

23. TOTAL CLAIMED $821.00

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER    DATE 6/14/01

25. AMT. APPROVED $821.00

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT