UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                    CASE NO.: 00-6047-CR-HUCK(s)

ERNEST ARCHIE,

                          Magistrate Judge Brown

    Defendant.
_____/

## MOTION TO CONTINUE TRIAL AND/OR NOTICE OF CONFLICT

COMES NOW the Defendant ERNEST ARCHIE by and through his undersigned counsel and moves this Court to enter an order continuing the current trial date and/or notifying this Court of a scheduling conflict and in support thereof would state as follows:

1. That as a result of some of the counts of this case being mistried, on June 20, 2001, this Court entered an order setting the trial of this matter on the remaining counts for the trial period commencing July 16, 2001 in Miami.

2. As this Court and the parties are surely aware, on July 9, 2001 the undersigned (as well as counsel for defendant BOKS) are specially set to commence trial in United States vs. Ellis, et al., Case No.: 99-8145-CR-HUCK.

3. This complex tax fraud type case is expected to take 4-6 weeks for the parties to try. As a result, the undersigned is unavailable for trial period as it now stands.

4. That this motion is being made in good faith and not merely for purposes of delay.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order either continuing the trial in this case from the July 16, 2001 trial period until early September 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of June 2001 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

Page 2 of 2

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949