CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE Paul C. Huck

FILED by _V_ D.C.
JUN 2 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6047-CR    DATE 6-28-2001

CLERK   Valerie Thompkins    REPORTER Kim Mesquin

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA vs. James Booker et al

AUSA Michael Dittoe    DEFENSE CSL. Barry Rosenberg,
Philip Horowitz, Gennaro Cariglio, Harold Keefe

Defendant(s) Present ✓  Not Present ___  In Custody ___

TYPE OF HEARING Special Status Conference

RESULT OF HEARING Status Conference
Hearing Held

===============================================

NEW DATES SET BY COURT

Defense P/T/Motions _____ Trial Date _____
Govt. Resp to P/T/Motions _____ Further S/C _____
Change of Plea _____

[ ] The Court finds that the time between now and the time of
trial, to wit: _____ thru _____ to be excludable
pursuant to the Speedy Trial Act.