UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C
01 JUN 28 PM 12: 51
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                CASE NO.: 00-6047-CR-HUCK

ERNEST ARCHIE,

                      Magistrate Judge Brown

    Defendant.
_____/

## DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS

COMES NOW the Defendant ERNEST ARCHIE by and through his undersigned counsel and moves this Court for the entry of an order modifying his conditions of a bond to allow him to change his residence address and as grounds therefor would state as follows:

1. That on or about March 1, 2000 the defendant along with numerous other individuals was arrested on the indictment in the instant case.

2. That on March 6, 2000, the parties entered into a stipulated bond, which was accepted by United States Magistrate Judge Lurana S. Snow, for a $75,000 10% bond and a $400,000 personal surety bond. The Defendant was able to post bond and be released on March 25, 2000.

3. That one of the conditions of the Defendant's bond is to reside at his then residence located at 18140 N.W. 68th Avenue, Apt. C-208 in Miami.

4. In December 2000 this Court approved the defendant's move to 1226 N.E.

1



LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

149th Street in Miami.

5. However, due to financial pressures associated with the trial in this matter that was held from June 5-18, 2001 and the preparation for trial, the defendant has found it economically necessary to move back in with his mother who resides at 18500 N.W. 62nd Avenue, Apartment #108, Miami, Florida 33015. His mother is also a cosigner on his bond.

6. On June 26, 2001, the undersigned attempted to speak with United States Pretrial Services Officer John Hinson to confirm that he had informed the defendant that he had no objection to the granting of this motion. However Mr. Hinson, according to his voice mail, is on vacation through and including July 6, 2001.

7. Pursuant to Local Rue 88.9 on June 26, 2001 the undersigned contacted Assistant United States Attorney Michael Dittoe and he had no objection to the granting of this motion.

WHEREFORE, the Defendant ERNEST ARCHIE respectfully requests that this Court enter an order permitting the aforementioned address change.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of June 2001 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MR. JOHN HINSON, United States Pretrial Services Officer, 330 Biscayne Boulevard, Room 500, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for the Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

_____
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

3

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949