FILED by __ L.C.

JUN 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                      CASE NO.: 00-6047-CR-HUCK

ERNEST ARCHIE,

                      Magistrate Judge Brown
    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS

THIS CAUSE came on before the Court upon Defendant ERNEST ARCHIE's Motion for change of residence address as outlined in his motion bearing certificate of service date of June 26, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: The Defendants Motion to Change his Residence is hereby GRANTED. The defendants shall move his residence back with his mother at 18500 N.W. 62nd Avenue, Apartment #108, Miami, Florida 33015.

DONE AND ORDERED in Chambers at Miami, Florida this  29  day of June, 2001.

UNITED STATES DISTRICT JUDGE
PAUL C. HUCK

cc: Counsel of Record
    U.S. Pretrial Services

1