UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK-BROWN



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERNEST ARCHIE,

                              ORDER

    Defendant(s).

_____/

THIS CAUSE came before the Court upon the Defendant's Ernest Archie Motion for Judgment of Acquittal as to Counts I and II, filed July 03, 2001. Accordingly, it is

ORDERED AND ADJUDGED that the Government shall respond to Defendants motion within 10 days from the date of this Order.

DONE AND ORDERED at Miami, Florida, this ___3___ day of July 2001.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

cc: all counsel of record