
Unsealed 5/8/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6047-CR-HUCK-BROWN

FILED by VK D.C.
JUL 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JARROD KNIGHT,           SEALED ORDER

    Defendant(s).
_____/

    THIS CAUSE has come before the Court upon the Defendant's Jarrod Knight Emergency Motion to Interview Juror and/or Jury Panel, Terminate United States Investigation of Juror and Memorandum of Law, filed June 20, 2001. Based on the Court's prior rulings on this matter, on the record, the current on going investigation by the United States Attorney's Office and the fact that the juror in question has just recently obtained legal counsel, the Court **DENIES** without **PREJUDICE** the Defendant's Motion with leave to reassert his request to interview one juror or all jurors in the above described case.

    DONE AND ORDERED at Miami, Florida, this 5 day of July 2001.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

cc: all counsel of record

