FILED BY _____ D.C.
ITAKE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    01 JUL 12 AM 11:58

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.    CASE NO.: 00-6047-CR-HUCK

EARNEST ARCHIE,

Magistrate Judge Brown

Defendant.
_____/

## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant EARNEST ARCHIE by and through his undersigned counsel and moves this Court for the entry of an order temporarily modifying his bond reporting conditions so as to allow him to travel with his family on a weekend vacation and as grounds therefore would state as follows:

1. That on or about March 1, 2000 the defendant along with numerous other individuals was arrested on the indictment in the instant case.

2. That on March 6, 2000, the parties entered into a stipulated bond, which was accepted by United States Magistrate Judge Lurana S. Snow, for a $75,000 10% bond and a $400,000 personal surety bond. The Defendant was able to post bond and be released on March 25, 2000.

3. One of the conditions of the Defendant's bond that was imposed by Magistrate Judge Snow was that the Defendant's travel is restricted to the Southern District of Florida.

4. The Defendant along with his family wants to travel next week to Orlando,

1

Florida as the Defendant's daughter will be once again competing in the AAU track meet. Travel permission is being sought from July 18, 2001 through and including Monday, July 23, 2000.

5. This Court may recall that in June 2000 travel permission was granted for the Defendant to Tallahassee, Florida when the Defendant's daughter competed in the AAU Qualifying Track Meet which was held at the track at Florida State University and in August 2000 for a similar meet in Orlando.

6. The Defendant will be staying at a local hotel in Orlando and will contact his Pretrial Services Officer with the address and telephone number.

7. Since the Defendant's release more than sixteen months ago, he has not violated any of this Court's bond conditions.

8. Pursuant to Local Rule 88.9 on July 10, 2001 the undersigned attempted to speak with Assistant United States Attorney Michael Dittoe and with U.S. Pretrial Officer John Hinson however, neither one was available and messages were left.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order modifying his bond on a temporary basis and granting him permission to travel as outlined above.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of July 2001 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MS. JOHN HINSON, United States Pretrial Services Officer, 330 Biscayne Boulevard, Room 500, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for the Defendant ARCHIE
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557