FILED by _____ V _____ L.C.

JUL 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                CASE NO.: 00-6047-CR-HUCK

EARNEST ARCHIE,

Magistrate Judge Brown

Defendant.
_____/

## ORDER ON
## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant EARNEST ARCHIE's Motion for permission to travel as outlined in his motion bearing certificate of service date of July 10, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _____GRANTED_____

_____

_____

_____

DONE AND ORDERED in Chambers at Miami, Florida this __12st__ day of __July__, 2001.

_____
UNITED STATES _____ JUDGE

cc: Counsel of Record
U.S. Pretrial Services

JUL 1 6 2001

Rec'd in Mail Dpt _____

1