FLST2001053

**CJA 24 (REV. 7/95) AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUCHER NO. FLST2001053

| | | |
|---|---|---|
| 1. JURISDICTION: 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MILL 6/12/01 |
| 3. DISTRICT DOCKETING NO. 00-6047-CR-HUCK | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD. Florida |

ACCTG. CLASS. NOS. returned 6/15/01

6. IN THE CASE OF: USA vs. Booker
7. PERSON REPRESENTED: Earnest Archie
8. LOCATION/ORGANIZATION CODE: FLSM1

DATE PAID 6/25/01

FILED by GT D.C. CT. REP. JUL 26 2001 CLARENCE MADDOX CLERK U.S. DIST CT. S.D. OF FLA. - MIAMI

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY): Trial Preparation

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY):
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

Prior trial testimony of Ron Welch & Willie Jackson in US v. Lark.

FILED by M D.C. CT. REP. JUN 20 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY  DATE 6/11/01
PRINTED NAME OF ATTORNEY: Philip R Horowitz
PHONE NUMBER: 305 232 1949

1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER  DATE 6/12/01

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**
A. Apportion ___% of transcript with ___ | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: Leary Herr
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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
18. PAYEE'S ADDRESS: 99 NE 4th St., Rm. 1170, Miami, FL 33132
19. TELEPHONE NO.: (305) 523-5524

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | 251 | $2.00 | $ | $ | $502.00 |
| B. Copy | | 638 | $.50 | $ | $ | $319.00 |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION: I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
CLAIMANT'S CERTIFICATION  DATE 6-12-01

22. CERTIFICATION OF ATTORNEY OR CLERK: I hereby certify that the transcript was received.
SIGNATURE OF ATTORNEY/CLERK OF COURT: Myrna McKinney  DATE 6/12/01

23. TOTAL CLAIMED: $821.00

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER  DATE 6/14/01

25. AMT. APPROVED: $821.00

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT