UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                                                     CASE NO.: 00-6047-CR-HUCK(s)

ERNEST ARCHIE,

                                        Magistrate Judge Brown

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

    COMES NOW Philip R. Horowitz, Esquire, counsel of record for the Defendant above named and hereby notices this Court and the parties thereto that his office address has changed effective August 1, 2001 and would further request that all pleadings be amended to reflect the new address as listed below. It should be noted that the telephone number and fax number remain the same.

LAW OFFICES OF PHILIP R. HOROWITZ<br>
Suite #1910 - Two Datran Center<br>
9130 South Dadeland Boulevard<br>
Miami, Florida 33156<br>
Tel.: (305) 232-1949<br>
Fax: (305) 232-1963

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of August 2001 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.



Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ARCHIE
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

_____
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557