UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                      CASE NO.: 00-6047-CR-HUCK

ERNEST ARCHIE,

                        Magistrate Judge Brown
    Defendant.
_____/

## **DEFENDANT'S MOTION TO CHANGE RESIDENCE ADDRESS**

COMES NOW the Defendant ERNEST ARCHIE by and through his undersigned counsel and moves this Court for the entry of an order modifying his bond to allow him to change his residence address and as grounds therefore would state as follows:

1. That on or about March 1, 2000 the defendant along with numerous other individuals was arrested as a result of a federal grand jury in this case returning an indictment at Ft. Lauderdale.

2. That as a result of an agreement with the Government also on October 26, 2000, the defendant was released on a $75,000 10% bond and a $400,000 personal surety bond. The agreement was ratified by the Court per U.S. Magistrate Judge Lurana S. Snow in Ft. Lauderdale.

3. That one of the conditions of the Defendant's bond is to reside at his residence located at 18140 N.W. 68th Avenue, Apt. C-208, Miami, Florida. Since that time, due to financial constraints, the defendant was permitted by order of court to move back home with his mother.

4. The Defendant is desirous of moving to 3353 N.W. 181st Street, Miami, Florida 33056 but cannot do so without further order of this Court.

5. The reason for the move is that the defendant wants to reside with his fiancee and her family.

6. On August 14, 2001, the undersigned attempted to speak with Mr. John Hinson of United States Pretrial Services however, Mr. Hinson was not in his office. Based on conversations with the Defendant it is not anticipated that he will have an objection to the granting of this motion.

7. On August 14, 2001 pursuant to Local Rule 88.9 the undersigned spoke with Assistant United States Attorney Michael Dittoe and he had no objection to the Court granting the motion.

WHEREFORE, the Defendant EARNEST ARCHIE respectfully requests that this Court enter an order permitting the aforementioned address change.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of August 2001 to: MICHAEL DITTOE, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MR. JOHN HINSON, United States Pretrial Services Officer, 330 Biscayne Boulevard, Suite #500, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant ARCHIE
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

_____
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557