UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 1 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                    CASE NO.: 00-6047-CR-HUCK

ERNEST ARCHIE,

                              Magistrate Judge Brown

    Defendant.
_____/

### ORDER ON
### DEFENDANT'S MOTION FOR MODIFICATION OF
### BOND CONDITIONS

THIS CAUSE came on before the Court upon Defendant ERNEST ARCHIE's Motion for change of residence address as outlined in his motion bearing certificate of service date of August 14, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _____Granted_____

_____

_____

_____

DONE AND ORDERED in Chambers at Miami, Florida this _15_ day of _August_, 2001.

_____
UNITED STATES _District_ JUDGE

cc: Counsel of Record
    U.S. Pretrial Services

1