```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

                    CASE NO. 00-6047-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
AUG 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

```
----------------------------------
                                  |
UNITED STATES OF AMERICA,         |    MIAMI, FLORIDA
                                  |
          Plaintiff,              |    JUNE 8, 2001
                                  |
v.                                |
                                  |
JAMES BOOKER,                     |
ERNEST ARCHIE,                    |
DONNELL BOKS,                     |
JARROD KNIGHT,                    |
                                  |
          Defendants.             |
----------------------------------x
```

           TRANSCRIPT OF TESTIMONY OF CECIL MCCLEOD
              BEFORE THE HONORABLE PAUL C. HUCK,
                 UNITED STATES DISTRICT JUDGE
                          AND A JURY

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | **MICHAEL J. DITTOE, ESQ.** |
| | **TERRENCE THOMPSON, ESQ.** |
| | Assistant U. S. Attorneys |
| | 500 East Broward Boulevard |
| | Fort Lauderdale, FL  33394 |
| | 954/456-7392 |
| | |
| FOR DEFENDANT BOOKER: | **GARY I. ROSENBERG, ESQ.** |
| | Adorno & Zeder |
| | 2601 South Bayshore Drive |
| | Miami, FL  33133 - 305/860-7254 |