```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                 FORT LAUDERDALE DIVISION

 3              CASE NO. 00-6047-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
AUG 24 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

```
 4   _____
                                     |
 5   UNITED STATES OF AMERICA,       |   MIAMI, FLORIDA
                                     |
 6                 Plaintiff,        |   JUNE 11, 2001
                                     |
 7   v.                              |
                                     |
 8   JAMES BOOKER,                   |
     ERNEST ARCHIE,                  |
 9   DONNELL BOKS,                   |
     JARROD KNIGHT,                  |
10                                   |
                  Defendants.        |
11   _____ x

12
            TRANSCRIPT OF TESTIMONY OF CECIL McCLEOD
13            BEFORE THE HONORABLE PAUL C. HUCK,
               UNITED STATES DISTRICT JUDGE
14                     AND A JURY

15   APPEARANCES:

16   FOR THE GOVERNMENT:     MICHAEL J. DITTOE, ESQ.
                             TERRENCE THOMPSON, ESQ.
17                           Assistant U. S. Attorneys
                             500 East Broward Boulevard
18                           Fort Lauderdale, FL  33394
                             954/456-7392
19
     FOR DEFENDANT           GARY I. ROSENBERG, ESQ.
20     BOOKER:               Adorno & Zeder
                             2601 South Bayshore Drive
21                           Miami, FL  33133 - 305/860-7254

22

23

24

25
```

