```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                     FORT LAUDERDALE DIVISION

                   CASE NO. 00-6047-CR-HUCK/BROWN
```

FILED by _____ J.C.
APPEAL
AUG 2 4 2001
CLARENCE MADDOX
CLER. U.S. DIST. CT
S.D. OF FLA.

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | JUNE 12, 2001 |
| v. |  |
| JAMES BOOKER, ERNEST ARCHIE, DONNELL BOKS, JARROD KNIGHT, |  |
| Defendants. |  |

```
           TRANSCRIPT OF TESTIMONY OF VINCENT KING
            BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
                      AND A JURY
```

APPEARANCES:

FOR THE GOVERNMENT:   **MICHAEL J. DITTOE, ESQ.**
                      **TERRENCE THOMPSON, ESQ.**
                      Assistant U. S. Attorneys
                      500 East Broward Boulevard
                      Fort Lauderdale, FL  33394
                      954/456-7392

FOR DEFENDANT         **GARY I. ROSENBERG, ESQ.**
  BOOKER:             Adorno & Zeder
                      2601 South Bayshore Drive
                      Miami, FL  33133 - 305/860-7254

