```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA      FILED by _____ D.C.
 2                    FORT LAUDERDALE DIVISION        APPEAL

 3               CASE NO. 00-6047-CR-HUCK/BROWN         AUG 2 4 2001

 4                                                    CLARENCE MADDOX
                                                      CLERK U.S. ---
 5   _____                     S.D. OF FL ---

 6   UNITED STATES OF AMERICA,    |      MIAMI, FLORIDA
                                  |
 7               Plaintiff,       |      JUNE 12, 2001
                                  |
 8   v.                           |
                                  |
 9   JAMES BOOKER,                |
     ERNEST ARCHIE,               |
10   DONNELL BOKS,                |
     JARROD KNIGHT,               |
11                                |
                 Defendants.      |
12   _____x

13

14
              TRANSCRIPT OF TESTIMONY OF MARK KNIGHT
15              BEFORE THE HONORABLE PAUL C. HUCK,
                 UNITED STATES DISTRICT JUDGE
16                         AND A JURY

17

18   APPEARANCES:

19   FOR THE GOVERNMENT:      MICHAEL J. DITTOE, ESQ.
                              TERRENCE THOMPSON, ESQ.
20                            Assistant U. S. Attorneys
                              500 East Broward Boulevard
21                            Fort Lauderdale, FL  33394
                              954/456-7392
22
     FOR DEFENDANT            GARY I. ROSENBERG, ESQ.
23     BOOKER:                Adorno & Zeder
                              2601 South Bayshore Drive
24                            Miami, FL  33133 - 305/860-7254

25
```