UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by ___ D.C.
SEP 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

**DO NOT DESTROY**

QUESTION/NOTE FROM THE
JURY TO THE COURT

Want to all go home

_____ X: 9.5 o/
PLEASE DATE AND SIGN