UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.  00-6047-CR-HUCK

```
FILED by _____ D.C.

SEP 0 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES BOOKER,                    **DO NOT DESTROY**
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

        Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

The Date the van was lost
what kind of drugs

All dates / shippment of All Importations
and they drugs was brought and.
            9.5.01

PLEASE DATE AND SIGN

The Amoco deal. -

& the date the fence was cut &
what was brought & what amount.

UNITED STATES DISTRICT COURT
SOUTHERN·DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

        Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

You should rely on your collective recollections as to what the evidence was as presented

during the trial.