UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

**DO NOT DESTROY**

QUESTION/NOTE FROM THE
JURY TO THE COURT

Took a vote on count one

|         | Guilty | Not Guilty |
|---------|--------|------------|
| ARCHIE  | 1      | 11         |
| KNIGHT  | 2      | 10         |
| BOKS    | 1      | 11         |
| BOOKER  | 1      | 11         |

y/ 9.6.01
PLEASE DATE AND SIGN
YOANNA GARCIA

Count Two

|         | Guilty | Not Guilty |
|---------|--------|------------|
| ARCHIE  | 1      | 11         |
| KNIGHT  | 1      | 11         |
| BOKS    | 1      | 11         |
| BOOKER  | 1      | 11         |