UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

**DO NOT DESTROY**

FILED by ___
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIS
S.D. OF FLA

QUESTION/NOTE FROM THE
JURY TO THE COURT

BOOKER

| | | GUILTY | NOT GUILTY |
|---|---|---|---|
| COUNT 3 | → | ~~20~~ 2 | ~~10~~ 10 |
| COUNT 4 | → | 2 | 10 |
| COUNT 5 | → | 2 | 10 |
| COUNT 6 | → | 2 | 10 |
| COUNT 7 | → | 2 | 10 |
| COUNT 8 | → | 2 | 10 |
| COUNT 9 | → | 2 | 10 |
| COUNT 10 | → | 2 | 10 |
| COUNT 11 | → | 2 | 10 |

9.6.01

PLEASE DATE AND SIGN
YOANNA GARCIA

WE REVIEW ALL EXHIBITS NO CHANGE OF OPINION(S)
NO CHANGE ON VERDICT.