UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA
        Plaintiff,
VS.
JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

_____/



FILED by _____ D.C.

SEP 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT,
S. D. OF FLA.

## STIPULATION PERMITTING WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court, from further responsibility.

Dated: 9-05-01

_____
Counsel for Plaintiff

_____
Counsel for Plaintiff

_____
Counsel for Defendant

_____
Counsel for Defendant

Stipulation herein above approved
this 6th day of September,
200 1.

_____
United States District Judge