UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by ____
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,　　　　　　　　　　**DO NOT DESTROY**
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

The GENERAL ALLEGATION packet

_____
PLEASE DATE AND SIGN
Yvonne Garcia