UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNEST ARCHIE,

    Defendant.
_____/

FILED by ___ D.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## VERDICT

We the jury in the above entitled case unanimously return the following verdicts as to ERNEST ARCHIE:

**COUNT 1**

_____ GUILTY          ✓ NOT GUILTY

If you find the defendant ERNEST ARCHIE not guilty you should go on to the next count. If you find the defendant ERNEST ARCHIE guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant ERNEST ARCHIE guilty of the crime charged in Count 1 of the indictment make the following special findings beyond a reasonable doubt:

1



    a. Did the defendant Ernest Archie's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

    b. Did the defendant Ernest Archie's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

### COUNT 2

_____ GUILTY            ✓ NOT GUILTY

If you find the defendant ERNEST ARCHIE guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant ERNEST ARCHIE guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

    a. Did the defendant Ernest Archie's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

2

b. Did the defendant Ernest Archie's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES         _____ NO

I hereby certify that the above verdicts were unanimously agreed on by all the members of the jury.

DATE: 9.6.01                    _____
                                FOREPERSON
                                Joanna Garcia