UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

**DO NOT DESTROY**

FILED by ___ D.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

QUESTION/NOTE FROM THE
JURY TO THE COURT

WE HAVE REACH AN UNANIMOUSE VERD.J.

DO I SIGN THE GENERAL ALLEGATIONS

PLEASE DATE AND SIGN
youma GARCIA

___

Please advise what you mean about general allegations.

