UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) Case No. 00-6047-CR-HUCK<br>) |
| v. | ) MOTION FOR DISBURSEMENT OF BOND<br>) |
| ~~EARNEST ARCHIE~~<br>Defendant | )<br>)<br>) |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by **RUNETTE BROWN** in the amount of $ **7,500.00** plus any accrued interest be refunded to:

**Ms. Runette Brown, 3353 N.W. 181 Street, Miami, Florida 33056**.
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

The beneficiary's social security or tax identification number is as follows:

Ms. Runette Brown
(Name of Beneficiary)

3353 N.W. 181st Street
(Address for mailing of Form 1099)

Miami, Florida 33056
(City)      (State)      (Zip)

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
(SS or Tax Identification)

_____
(Petitioner or Attorney)

Consented to by:

_____ Assistant U.S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _MIAMI_, Florida, this _20th_ day of _Sept_, A.D., 19__.

_____
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk