| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST20012199 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MKC - 9/25/01 |
| 3. DISTRICT DOCKETING NO. 00-6047-CR-HUCK | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD Florida | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF USA vs. Booker, et al | | | DATE PAID 9/25/01 (AM) |
| 7. PERSON REPRESENTED Ernest Archie | 8. LOCATION/ORGANIZATION CODE FLSM1 | | |

**FILED by ___ D.C. OCT 19 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI**

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Retrial scheduled for 8/27/01

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

~~Harris~~ witness testimony in 6/01 trial - Jarred, Mark Knight Jr

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY: [signed]    DATE: 8/20/01
PRINTED NAME OF ATTORNEY: Philip R Horowitz
PHONE NUMBER: 3052321949
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER: [signed]
DATE: Aug 22, 2001

13. SPECIAL AUTHORIZATIONS
A. Apportion ___ % of transcript with ___
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act.

14. JUDGE'S INITIALS

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: Paul Haferling
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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
18. PAYEE'S ADDRESS: 301 N. Miami Ave, Miami FL 33128    BM 396
19. TELEPHONE NO.

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 0-131 | 131 | $3.30 | $ | $ | $432.30 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
[signed] Paul C. Haferling    8-30-01

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.
[signed] Vanessa Powell-Brown    9/24/01

23. TOTAL CLAIMED: $432.30

24. APPROVED FOR PAYMENT: [signed]    August 31, 2001
25. AMT. APPROVED: $ 294

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT